# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS P. DIETERS,<br><br>            Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>            Defendant. | Case No. EDCV 13-1532 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED with instructions to the Commissioner to award benefits consistent with the Memorandum Decision and Order filed in connection with this Judgment.

DATED: November 20, 2014

                                        /S/
                               SUZANNE H. SEGAL
                               UNITED STATES MAGISTRATE JUDGE